1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         EASTERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,          No.  2:11-cr-00458-GEB

9              Plaintiff,

10      v.                             **ORDER**

11  BUENA MARSHALL, and DEBORAH
    LOUDERMILK,
12
               Defendant.
13

14

15          In  a  March  14,  2015  filing,  Defendant  Loudermilk

16  "requests . . . the court give [as an additional instruction her

17  proposed  cash-back-to-buyer]  instruction."  (ECF  No.  183.)  On

18  March 16, 2015, Defendant Marshall "joins in that request." (ECF

19  No. 188, 2:4-9.) The government is requested to file a written

20  response to this proposed instruction as soon as practicable.

21  Dated:  March 17, 2015

22

23                                    _____

24                                    GARLAND E. BURRELL, JR.
                                      Senior United States District Judge
25

26

27

28
                                       1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28